

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Brandy Taylor a/k/a Brandy Anderson,    * From the 362nd District Court
of Denton County,
Trial Court Nos. F22-4305-362,
F22-4308-362, & F22-4309-362.

Vs. No. 11-24-00117-CR    * January 15, 2026

The State of Texas,    * Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.